```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

        - v. -                    :    07 Cr. _____

ROYAN O'NEIL WALTERS,             :
    a/k/a "Brian Walters,"
                                  :
        Defendant.
                                  :       07 CRIM 1055
- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about August 14, 2007, in the Southern District of New York, ROYAN O'NEIL WALTERS, a/k/a "Brian Walters," the defendant, being an alien, unlawfully, willfully and knowingly was found in the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 19, 1999, in the Leon County Court, in the State of Florida, for possession of cannabis with intent to sell, in violation of Florida Statute 893.13(1), and without having obtained the express consent of the Attorney General of the United States, or his successor, the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 19 2007

Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROYAN O'NEIL WALTERS,
a/k/a "Brian Walters,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

11/19/07 - Fld. Indictment and case is assigned to Judge Batts for all purposes.
S/ Eaton, J. U.S.M.J.
N.