I H-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

   UNITED STATES OF AMERICA  :  ORDER APPOINTING COUNSEL
                           - v -  :  (Federal Defenders of New York, Inc.)

   __Royan O'Neil Walker___  :  Docket # __07 CR 1055 DAB__
                        Defendant  :

------------------------------------------------- x

    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

   Check one)   __✓__   all proceedings

                           ____   bail/presentiment only

                           ____   other (specify) _____

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date __12-3-07__             __/s/ Douglas F. Eaton__
                                        Signature of U.S. Judge or Magistrate Judge
                                        or by order of the Court:

                                        Clerk or Deputy

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: DEC 03 2007

TO:  J. MICHAEL McMAHON, CLERK
      United States District Court
      Southern District of New York

      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, New York 10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)